ARMSTRONG GROCER COMPANY, a Corporation, *Appellant, Plaintiff in Error,* vs. SMITH-ALFORD SIGN SERVICE, INC., a Corporation, *Defendant in Error.* CITY OF DAYTONA BEACH, FLORIDA, a Municipal Corporation, *Garnishee.*

Division B.

Decision filed February 5, 1931.

*Thomas N. Tappy,* for Plaintiff in Error;

*P. W. Harvey,* for Defendant in Error.

PER CURIAM.—The judgment in this case should be affirmed on authority of the opinion and judgment in the case of Tyler vs. Akerman, et al., 85 Fla. 485, 96 Sou. 838, and cases there cited. It is so ordered.

Affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.